UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 26-cr-20370-RAR

UNITED STATES OF AMERICA,

Plaintiff,

v.

JUAN CARLOS LEIVA-MORA,

Defendant.

---

**DEFENDANT JUAN CARLOS LEIVA-MORA'S UNOPPOSED MOTION TO CONTINUE TRIAL AND RELATED DEADLINES**

Defendant JUAN CARLOS LEIVA-MORA, by and through his undersigned attorney, pursuant to F. R. Crim. P. 12, files his Unopposed Motion to Continue Trial and Related Deadlines, and in support thereof, states as follows:

1. This case is set for Trial during the two-week period commencing on November 16, 2026. (See ORDER SETTING TRIAL DATE AND PRETRIAL INSTRUCTIONS [DE 15]).

2. The Defendant has not received the discovery in this case and consequently, undersigned counsel needs additional time, not only to review that discovery, but also to review it with his client.

3. Therefore, Defendant needs and respectfully requests a continuance of



**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com

the Trial of this case in order to properly prepare an adequate defense.

4. In addition, undersigned counsel would respectfully request a 60-day continuance from the presently scheduled November 15, 2026, trial date for various professional and personal time limitations through December 2026.

5. Undersigned counsel respectfully requests as well that this Honorable Court find that the ends of justice served by taking such action outweigh the best interests of the public and the Defendant in a speedy trial. See 18 U.S.C. § 3161(h)(7).

6. A factor to be considered in determining whether to grant a continuance is whether the failure to grant such a continuance would either be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i) and (ii).

7. Undersigned counsel certifies that this continuance is sought in good faith, not for the purposes of delay, but so that justice may be done.

**CERTIFICATE OF GOOD FAITH CONFERRAL**

8. The undersigned conferred with Assistant United States Attorney Maria Guzman, who indicated that the government does not oppose the continuance sought herein.

[Continued on Next Page]



**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com

## WAIVER OF SPEEDY TRIAL

9. Defendant, JUAN CARLOS LEIVA-MORA, by and through his undersigned attorney, hereby waives his right to a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, from October 13, 2026, through and including the next scheduled trial date.

**WHEREFORE**, the Defendant, JUAN CARLOS LEIVA-MORA, respectfully requests that this Honorable Court enter its Order continuing the trial of this cause for at least 60 days to January 2027 and reset all related deadlines, for the foregoing reasons.

**DATED:** October 13, 2026.

Respectfully submitted,

**Donet, McMillan & Trontz, P.A.**

By: /s/ David A. Donet, Jr.
**David A. Donet, Jr., Esq.**
Florida Bar No.: 128910
Attorney for Defendant

[Certificate of Service on next page]

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 13, 2026, undersigned counsel electronically filed the foregoing Defendant JUAN CARLOS LEIVA-MORA's Unopposed Motion to Continue Trial and Related Deadlines with the Clerk of the Court using CM/ECF, which will send a Notice of Electronic Filing (NEF) to all counsel of record.

**Donet, McMillan & Trontz, P.A.**

By: /s/ David A. Donet, Jr.
**David A. Donet, Jr., Esq.**
Florida Bar No.: 128910
Attorney for Defendant
100 Almeria Avenue, Suite 230
Coral Gables, Florida 33134
Telephone: 305-444-0030
Email: donet@dmtlaw.com
Email: paralegals@dmtlaw.com