UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 26-cr-20370-RAR

UNITED STATES OF AMERICA,

Plaintiff,

v.

JUAN CARLOS LEIVA-MORA,

Defendant.

---

**ORDER GRANTING DEFENDANT JUAN CARLOS LEIVA-MORA'S UNOPPOSED MOTION TO CONTINUE TRIAL AND RELATED DEADLINES**

**THIS CAUSE** came before the Court on the [DE ] Unopposed Motion to Continue Trial and Related Deadlines filed by Defendant JUAN CARLOS LEIVA-MORA; and the Court having reviewed said Motion and being otherwise duly advised in the premises, it is upon consideration,

**ORDERED AND ADJUDGED** that the motion is **GRANTED**.

The new trial date and pretrial instructions shall be set forth in a separate Order.

**DONE AND ORDERED** in the Southern District of Florida on ______________, 2026.

______________________________
**HON. RODOLFO A. RUIZ**
United States District Judge

Copies to Counsel of Record.